UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY BARTONE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TOOLE, ET AL.,<br><br>Defendants. | Civil Action No. 15-52<br><br>MEMORANDUM ORDER GRANTING MOTIONS TO DISMISS |

The Magistrate Judge issued a Report and Recommendation in this matter, recommending that this Court granted Defendants' motions to dismiss. (Doc. Nos. 23, 28, and 33). After reviewing the Report and Recommendation, the record, and all other materials before the Court and finding no objection, it is hereby ordered that:

(1) The Report and Recommendation is adopted;

(2) Defendants' Motions to Dismiss are GRANTED;

(3) This case is CLOSED; and

(4) The Clerk of the Court shall send copies of this Order to Petitioner.

**IT IS SO ORDERED.**

DATED this 3rd day of March 2016.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE